```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 32982
   LINDA F LITTLE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8155

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/07/2004 and was confirmed 11/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.01%.

     The case was dismissed after confirmation 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
BALABAN FURNITURE          SECURED            1500.00        223.79        1500.00
WEXLER & WEXLER            NOTICE ONLY       NOT FILED          .00            .00
B-LINE LLC                 UNSECURED           296.39           .00            .00
PREMIER BANCARD CHARTER    UNSECURED           501.87           .00          19.47
AT & T BANKRUPCTY          UNSECURED          2789.16           .00            .00
WORLDCOM WIRELESS          UNSECURED         NOT FILED          .00            .00
BALABAN FURNITURE          UNSECURED          2773.08           .00         107.59
WELLS FARGO AUTO FINANCE   SECURED NOT I         .00            .00            .00
TIMOTHY K LIOU             DEBTOR ATTY       2,514.40                      2,514.40
TOM VAUGHN                 TRUSTEE                                           244.15
DEBTOR REFUND              REFUND                                            255.97

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   4,865.37

PRIORITY                                                .00
SECURED                                            1,500.00
    INTEREST                                         223.79
UNSECURED                                            127.06
ADMINISTRATIVE                                     2,514.40
TRUSTEE COMPENSATION                                 244.15
DEBTOR REFUND                                        255.97
                         --------------       --------------
TOTALS                    4,865.37                 4,865.37




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 32982 LINDA F LITTLE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 32982 LINDA F LITTLE